IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; FIRST ADVANTAGE BACKGROUND SERVICES, CORP.; and KABREDLOS PROPERTY, INC.,<br><br>　　　Defendants. | CASE NO. 4:16CV03188-JMG-CRZ<br><br><br>KABREDLOS PROPERTY, INC.'S NOTICE OF SERVING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF |

COMES NOW Defendant, Kabredlos Property, Inc., pursuant to NECivR 33.1 and NECivR 34.1, and provides notice to the Court and to Plaintiff that on September 8, 2017, the undersigned served Defendant Kabredlos Property, Inc.'s Interrogatories and Requests for Production of Documents to Plaintiff, by sending the same via electronic mail and United States mail, to the following:

>  Tregg R. Lunn, Esq.
>  Law Office of Tregg Lunn
>  830 L Street, Suite 200
>  Lincoln, NE 68508
>  tregg@tregglunnlaw.com
>
>  Alan J. Stecklein, Esq.
>  Michael H. Rapp, Esq,
>  Stecklein, Rapp Chartered
>  748 Ann Avenue
>  Kansas City, KS 66101
>  aj@kcconsumerlawyer.com
>  mr@kcconsumerlawyer.com
>
>  Kendall W. Carter, Esq.
>  King Spalding Law Firm
>  1180 Peachtree Street NE
>  Atlanta, GA 30309
>  kcarter@kslaw.com

1

Heather M. Shumaker, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
hshumaker@schuckitlaw.com

Lindsay K. Lundholm, Esq.
Baird Holm Law Firm
1700 Farnarn Street, Ste. 1500
Omaha, NE 68102-2068
llundholm@bairdholm.com

Megan H. Poonolly, Esq,
Seyfarth Shaw Law Firm
1075 Peachtree Street, Ste. 2500
Atlanta, GA 30309
mpoonolly@seyfarth.com

        KABREDLOS PROPERTY, INC.,
        Defendant

By:   s/Gregory S. Frayser
      Gregory S. Frayser - #24400
      CLINE WILLIAMS WRIGHT
       JOHNSON & OLDFATHER, L.L.P.
      1900 U.S. Bank Building
      233 S. 13th Street
      Lincoln, NE 68508
      (402) 474-6900
      gfrayser@clinewilliams.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Gregory S. Frayser, hereby certify that on this 8th day of September, 2017, I electronically served the foregoing document on the following counsel of record:

Tregg R. Lunn, Esq.
Law Office of Tregg Lunn
830 L Street, Suite 200
Lincoln, NE 68508
tregg@tregglunnlaw.com

Alan J. Stecklein, Esq.
Michael H. Rapp, Esq,
Stecklein, Rapp Chartered
748 Ann Avenue
Kansas City, KS 66101
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

Kendall W. Carter, Esq.
King Spalding Law Firm
1180 Peachtree Street NE
Atlanta, GA 30309
kcarter@kslaw.com

Heather M. Shumaker, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
hshumaker@schuckitlaw.com

Lindsay K. Lundholm, Esq.
Baird Holm Law Firm
1700 Farnarn Street, Ste. 1500
Omaha, NE 68102-2068
llundholm@bairdholm.com

Megan H. Poonolly, Esq,
Seyfarth Shaw Law Firm
1075 Peachtree Street, Ste. 2500
Atlanta, GA 30309
mpoonolly@seyfarth.com

                                                     s/ Gregory S. Frayser
                                                     Gregory S. Frayser

4852-9507-7455, v. 1