IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, et al.,<br><br>   Defendants. | 4:16-CV-3188<br><br>ORDER |

The Court has been advised that the plaintiff and defendant Equifax Information Services have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before October 30, 2017, the plaintiff and Equifax Information Services shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of their claims against one another.

2. The Clerk of the Court shall set a dismissal papers deadline of October 30, 2017.

Dated this 5th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge