IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>                                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>                                    Defendants. | Case Number: 4:16-CV-03188 JMG/CRZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC ONLY** |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC ONLY**

Plaintiff and Defendants Equifax Information Services LLC and Trans Union LLC file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.      Plaintiff is Adam L. Hunt; Defendants are Equifax Information Services LLC, Trans Union LLC, First Advantage Background Services, Corp., and Kabredlos Property, Inc.

2.      On December 5, 2016, Plaintiff filed a Petition against Defendants in the District Court of Lancaster County, Nebraska (Doc. 1).

3.      On December 13, 2016, Defendant Trans Union LLC removed the case to the United States District Court for the District of Nebraska (Doc. 1).

4.      Plaintiff now moves to dismiss the lawsuit against Defendant Equifax Information Services LLC and Trans Union LLC only.

5.      Defendants Equifax Information Services LLC and Trans Union LLC agree to the dismissal.

6.      This case is not a class action.

7.      A receiver has not been appointed in this case.

8.      This case is not governed by any federal statute that requires a court order for

dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ Tregg Lunn
Tregg Lunn #22999
Law Office of Tregg Lunn
830 L Street, Suite 200
Lincoln, Nebraska 68508
Telephone: 402-730-7021
Email: tregg@tregglunnlaw.com

and

A.J. Stecklein, admitted *pro hac vice*
Michael H. Rapp, admitted *pro hac vice*
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
          MR@KCconsumerlawyer.com
Attorneys for Plaintiff

By: /s/ Kendall Carter
Kendall Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-572-2495
Facsimile: 404-572-5100
Email: kcarter@kcslaw.com
Attorney for Defendant Equifax Information
Services, LLC

By: /s/ Randall L. Goyette
Randall L. Goyette #16251
Baylor, Evnen, Curtiss, Grimit & Witt, LLP
1248 O Street, Suite 600
Lincoln, Nebraska 68505
Telephone: 402-475-1075
Facsimile: 402-475-9515
Email: rgoyette@baylorevnen.com

and

Heather M. Shumaker, admitted *pro hac vice*
Sandra Davis Jansen, admitted *pro hac vice*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: 317-363-2400
Facsimile: 317-363-2257
Email: hsumaker@schuckitlaw.com
      sjansen@schuckitlaw.com
Attorneys for Defendant Trans Union, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was filed on October 27, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

   /s/ Tregg Lunn
Tregg Lunn #22999