IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>   Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, et. al.,<br><br>   Defendants. | 4:16-CV-3188<br><br>ORDER |

IT IS ORDERED:

1. The "Stipulation of Dismissal with Prejudice of Defendants Equifax Information Services LLC And Trans Union LLC Only" (filing 50) is approved.

2. The plaintiff's claims against Equifax Information Services and Trans Union are dismissed with prejudice, those parties to bear their own fees and costs.

3. Equifax Information Services and Trans Union are dismissed as parties.

Dated this 1st day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge