IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, et. al.,<br><br>　　　　Defendants. | 4:16-CV-3188<br><br>MEMORANDUM AND ORDER |

The Court has been advised that the plaintiff and defendant Kabredlos Property, Inc. have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before December 6, 2017, the plaintiff and Kabredlos Property, Inc. shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of their claims against one another.

2. The Clerk of the Court shall set a dismissal papers deadline of December 6, 2017.

Dated this 6th day of November, 2017.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　United States District Judge