IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case Number: 4:16-CV-03188 JMG/CRZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KABREDLOS PROPERTY, INC. AND FIRST ADVANTAGE BACKGROUND SERVICES, CORP.** |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KABREDLOS PROPERTY, INC. AND FIRST ADVANTAGE BACKGROUND SERVICES, CORP.**

Plaintiff and Defendants Kabredlos Property, Inc. and First Advantage Background Services, Corp. file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Adam L. Hunt; Defendants are Equifax Information Services LLC, Trans Union LLC, First Advantage Background Services, Corp., and Kabredlos Property, Inc.

2. On December 5, 2016, Plaintiff filed a Petition against Defendants in the District Court of Lancaster County, Nebraska (Doc. 1).

3. On December 13, 2016, Defendant Trans Union LLC removed the case to the United States District Court for the District of Nebraska (Doc. 1).

4. Plaintiff now moves to dismiss the lawsuit against Defendants Kabredlos Property, Inc. and First Advantage Background Services, Corp.

5. Defendants Kabredlos Property, Inc. and First Advantage Background Services, Corp. agree to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ Tregg Lunn
Tregg Lunn #22999
Law Office of Tregg Lunn
830 L Street, Suite 200
Lincoln, Nebraska 68508
Telephone: 402-730-7021
Email: tregg@tregglunnlaw.com

and

A.J. Stecklein, admitted *pro hac vice*
Michael H. Rapp, admitted *pro hac vice*
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
       MR@KCconsumerlawyer.com
Attorneys for Plaintiff

By: /s/ Gregory S. Frayser
Gregory S. Frayser #24400
Cline Williams Wright Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 S. 13th Street
Lincoln, Nebraska 68508
Telephone: 402-474-6900
Email: gfrayser@clinewilliams.com
Attorney for Defendant Kabredlos Property, Inc.

By: /s/ Lindsay K. Lundholm
Lindsay K. Lundholm #22224
Krista M. Eckhoff #25346
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
Telephone: 402-344-0500
Email: llundholm@bairdholm.com
keckhoff@bairdholm.com

and

Megan H. Poonolly, admitted *pro hac vice*
Seyfarth Shaw LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30309
Telephone: 404-881-1500
Facsimile: 404-892-7056
Attorneys for Defendant First Advantage Background, Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on December 18, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ Tregg Lunn
Tregg Lunn #22999