IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM L. HUNT, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, et. al., <br><br> Defendants. | 4:16-CV-3188 <br><br> ORDER |

IT IS ORDERED:

1. The parties' Stipulation of Dismissal (filing 57) is approved.

2. The plaintiff's claims against the defendants Kabredlos Property, Inc. and First Advantage Background Services, Corp. are dismissed with prejudice, each party to bear its own costs.

3. A separate judgment will be entered.

Dated this 18th day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge